

**CHECKPOINT**
F L U I D I C   S Y S T E M S
www.cpsgroup.com

**Mandeville, US**
21356 Marion Lane
Mandeville, LA 70471 USA
+1 (800) 847-PUMP (7867)

**Aberdeen, UK**
Unit C2/C3
Lombard Centre  Kirkhill Place
Dyce, Aberdeen AB21 0GU Scotland
+ 44 (0)1224 775205

**Dubai, UAE**
Jebel Ali Free Zone
PO Box 262131 Dubai, UAE
+971 (50) 240 4737

**Singapore**
tel: +65 6261 7687
fax: +65 6261 7686

September 12, 2016

Mr. Garfin
Counsel for Mr. Tyrone Holmes

Dear Mr. Garfin,

Please be advised that our Information Security department has ascertained information proving that your client is in possession of our equipment. This equipment has been tracked since leaving our facility. We have legally collected ample information to prove that your client is in possession of property belonging to CheckPoint Fluidic Systems International. If this equipment is returned immediately, in its original condition complete with all original parts and pieces, we will not move further to pursue legal action. I have no knowledge or interest in identifying your client or learning further about the details, which put him in possession of our equipment.

As a further condition of this agreement, I would require this matter be resolved through our mutual contact at the NYPD, Detective Rodrigo Caballero. I see no reason for your client, Mr. Holmes, to have any knowledge of our organization or its employees. To conclude our arrangement, please certify that our organization and staff shall remain anonymous to your client.

Regards,

Bobbi Jo Bridges
VP Operations





Express

**VIA 2-DAY FEDEX**

February 13, 2018

Tyrone Holmes
1465 Hammersley Avenue
Bronx, NY 10469

Re:  TYRONE HOLMES v. APPLE INC., et al.

Dear Mr. Holmes:

I am responding to your recent inquiry to our Executive Services Department. You can direct all your future inquiries to me at the address listed below.

While I am sorry that you were placed under unwanted scrutiny because of the laptop you received from Amazon, you must understand that FedEx had little to do with this issue. FedEx originally shipped a computer for a company named Checkpoint. During transit, that computer went missing. I am not sure how, but you and your wife ended up with that computer. For Checkpoint to get their local law enforcement involved, they asked FedEx in Louisiana to file a police report based on Checkpoint's tracking of the computer. As you know, Checkpoint had installed software on that laptop that allowed them to monitor the usage of the computer. This information was provided by Checkpoint and went into the police report. If you will look closely at the police report, you will find that you were not even listed as the person in possession of the computer, nor were you accused of any wrongdoing.

My understanding is that FedEx did not ship the computer to you when you purchased it from Amazon and Apple. FedEx's involvement ended when the computer went missing and the police report was filed in Louisiana. FedEx has no control over how local New York law enforcement officials handled this case. FedEx considers this matter closed. I wish you the best in your future endeavors.

Sincerely,

**FEDERAL EXPRESS CORPORATION**

Thomas W. Murrey Jr.
Senior Counsel

#1260310

ARCHIVE   Printed by: FICIMPORT   08/07/2016 01:31   Page 1   of 5

| KPD CRIME REPORT | Signal | Rep Area | Item # | Report Type | Date | Time |
|---|---|---|---|---|---|---|
| ADM SEC ORI LA0260300 | 67 | 9797 | H-80071-16 | INITIAL | 02-AUG-2016 | 1136 |

| Day of Wk. | Begin Date | Begin Time | End Date | End Time | Location of Offense |
|---|---|---|---|---|---|
| TUE | 07-JUN-2016 | 2103 | 02-AUG-2016 | 1136 | 300 MIDDLE ACCESS RD KENNER 70062 |

| Reporting Officer | Responding Detective | Supervisor |
|---|---|---|
| CHARLES DONOVAN | | |
| PR: KD5180   JP: K716 | PR:   JP: | PR:   JP: |
| Arrived:   021136 | Notified: | Notified: |
| Completed: 060931 | Arrived: | Arrived: |

**REPORTING PERSON**

Name:  KENNETH A MEYER
Race: WHITE   Sex: MALE

DOB: ▮▮▮▮▮▮   Age: 44
Employer/School: FEDEX

Address: 300 MIDDLE ACCESS RD
Address: 300 MIDDLE ACCESS RD

City/St/Zip:  KENNER , LA 70062
City/St/Zip:  KENNER , LA 70062

Phone:  (504) 458-7955
Phone:  (504) 472-3321

Identify Suspect?  N   Voluntary Statement?  N

**VICTIM**

Victim Sequence Number:  1   Type: BUSINESS
For Insurance Purposes?

Name:  CHECKPOINT PUMPS & SYSTEMS

Address:  21356 MARION LN

City/St/Zip:  MANDEVILLE , LA 70471

Phone: (504) 985-2463   Ext: 142
Ext:

**OFFENSE**

Offense Sequence Number:  1   Victim: 1   Suspect:

R.S. Number: RS 14:69   Title:  POSSESSION STOLEN THINGS

Attempted/Completed:  COMPLETED   Location Type: OTHER / UNKNOWN   Number of Premises:

Criminal Activity 1:   OTHER   Weapon/Force Type 1:  NONE

**SUSPECT**

Suspect Sequence Number:  1

Name:  STEPHANIE J SCOTT
Race: BLACK   Sex: FEMALE

DOB: ▮▮▮▮▮▮   Age From: 31   To:
Ethnicity: NON-HISPANIC   Resident?

Height From:   To:
Weight From:   To:
Eye Color: UNKNOWN

Hair Color:  BLACK
Hair Length:

Address: ▮▮▮▮▮▮   City/St/Zip: NEW YORK, LA  NEW YORK

Alcohol Consumed?   Computer Used?   Drugs Used?   Gaming Motive?   Gang Related?

Armed:  Other
Hate/Bias:  NONE

Can be Identified by Witness:

Identifiable Features:

Location:

Arrest Type:  NONE   Voluntary Statement?   Local Check?   State Check?   NCIC Check?

Suspect Injury Codes:  NONE

Redacted
Redacted

ARCHIVE | Printed by: FICIMPORT   08/07/2016 01:31   Page   2   of   5

Suspect Sequence Number:  2

Name:  TYRONE HOLMES                    Race: BLACK              Sex: MALE

DOB: ▓▓▓▓▓▓▓         Age From: 48     To:          Ethnicity: NON-HISPANIC      Resident?

Height From:  505    To:              Weight From: 130   To:       Eye Color: BROWN

Hair Color:  BLACK                     Hair Length: EAR TO SHOULDER

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓      City/St/Zip: ATLANTA, GA  30316

Alcohol Consumed?      Computer Used?      Drugs Used?      Gaming Motive?      Gang Related:

Armed:  Other                                    Hate/Bias:  NONE

Can be Identified by Witness:

Identifiable Features:
Location:

Arrest Type:  NONE              Voluntary Statement?      Local Check?      State Check?      NCIC Check?

Suspect Injury Codes:  NONE

## ADDITIONAL WITNESS

Witness Sequence Number:  1

Name:  RUSTY MAHONY                         DOB/PR: ▓▓▓▓▓▓▓

Address: 21356 MARION LN                    Under the Influence?        Can Witness ID Suspect?

City/St/Zip:  MANDEVILLE, LA  70471         Voluntary Statement?        Present During Incident?

Phone: (504) 249-0645

## PROPERTY

Property Owner or Property rcvd from:      VICTIM 1    Desc. Code:  07   –  COMPUTER HDW/SOFTWARE

Loss Type: 7   – STOLEN                         Quantity:  1     Value:  $1,983       Insured:

Owner-applied Number:                      Make:  APPLE MACBOOK PRO

Model:  MLJQ2LL                       Serial Number:  C02RQ1T3G8WN

Description:  15 INCH LAPTOP, 2.2 GHZ INTEL CORE I7 PROCESSOR,          Date Recovered:

## VEHICLE
None

## CRIME SCENE
None

## INVESTIGATION

Type of Force Used:                                Security Device Installed?
Point of Entry:                                    Security Device Activated?

Safe Job?            Gambling Devices on Premises?      Alcoholic Beverage Outlet?

Prior History of Domestic Violence?      Prior History Documented?      Number of Prior Cases:

Modus Operandi (MO):  COMPUTER WAS STOLEN, LAST SCANNED AT FEDEX, PERSONS OF INTEREST ARE
                      IN POSSESSION, IT REP PINGS COMPUTER LOCATION OUT OF STATE

## INSURANCE
None

## APPROVAL

|          | Sergeant Viewed | Lieutenant Viewed | Dist. Cmdr. Viewed |
|----------|-----------------|-------------------|--------------------|
| User ID: | KPD_S7925       |                   |                    |
| Date/Time: | 06-AUG-2016 10:35 |             |                    |

User ID: KPD_S7925          Date/Time: 06-AUG-2016 10:35

## FINAL APPROVAL

| | | | |
|---|---|---|---|
| Crime Prevention Officer Required? | Issued Complaint Slip? | 911 Notified? | Warrant? |
| Parade Related? | Crime Scene Required? | Report Status: | COMPLETED |
| Exceptional Clearance: | | Date: | |
| District Follow Up? | | | |
| Bureau Follow Up? | | | |

H-8007-1

## NARRATIVE

Time Stamp: 08/06/2016 09:31    Written By: CHARLES DONOVAN

ON AUGUST 2, 2016 AT APPROXIMATELY 1124 HOURS, OFFICER CHARLES DONOVAN OF THE KENNER POLICE DEPARTMENT WAS DISPATCHED TO THE FEDEX SHIPPING BUILDING LOCATED AT 300 MIDDLE ACCESS RD. KENNER LA, 70062 IN REFERENCE TO A THEFT.

UPON ARRIVAL AT APPROXIMATELY 1136 HOURS, OFFICER DONOVAN MET WITH THE REPORTING PERSON, MR. KENNETH MEYER. MR. MEYER IS EMPLOYED BY FEDEX AS A LOSS PREVENTION MANAGER. MR. MEYER EXPLAINED THAT HE WAS INVESTIGATING A THEFT OF A COMPUTER. MR. MEYER HAD BEEN IN CONTACT WITH INVOLVED PERSON MR. RUSTY MAHONY, THE IT MANAGER FOR CHECKPOINT PUMPS & SYSTEMS COMPANY LOCATED AT 21356 MARION LANE, MANDEVILLE, LA, 70471.

MR. MAHONY'S COMPANY PURCHASED A NEW COMPUTER AND HE DOWNLOADED ALL NECESSARY COMPANY DATA ON THE COMPUTER. MR. MAHONY THEN SHIPPED THE COMPUTER FROM MANDEVILLE ON JUNE 7, 2016 TO AN ADDRESS OUT OF THE COUNTRY, DUBAI CITY.

DURING THE COURSE OF SHIPPING THE COMPUTER FROM MANDEVILLE THE COMPUTER WAS SHIPPED TO 300 MIDDLE ACCESS ROAD, KENNER LOUISIANA PRIOR TO FURTHER SHIPMENT. THE COMPUTER WAS ALSO LAST SCANNED AT THE FEDEX LOCATION IN KENNER ON JUNE 7, 2016 AT 2103 HOURS.

SHORTLY AFTER THE COMPUTER WAS STOLEN, MR. MAHONY WAS ABLE TO ACCESS THE COMPUTER EACH TIME THE SUSPECT/USER LOGGED INTO AN INTERNET SERVICE. MR. MAHONY WAS ABLE TO DOWNLOAD MULTIPLE PHOTOGRAPHS, VIDEOS AND PERSONAL INFORMATION FROM THE USER.

BASED ON MR. MAHONY'S ABILITY TO ACCESS THE PERSONAL INFORMATION ON THE COMPUTER IT IS HIS BELIEF THE PERSON IN POSSESSION OF THE COMPUTER IS A BLACK FEMALE, STEPHANIE SCOTT. MR. MAHONY PROVIDED MR. MEYER WHO ULTIMATELY PROVIDED OFFICER DONOVAN WITH THE FOLLOWING COPIES OF SCOTT'S PERSONAL FORMS.

1. FEDERAL TAX FORM W-9
2. INDEPENDENT ASSOCIATE AGREEMENT TVC MARKETING ASSOCIATES, INC.
3. A UNITED STATES PASSPORT
4. CHASE BUSINESS DEBIT CARD
5. A PHOTOGRAPH OF WHAT IS BELIEVED TO BE SCOTT WEARING A WIG

IT SHOULD BE NOTED A PHOTOGRAPH OF A BLACK MALE'S GEORGIA'S DRIVER'S LICENSE WAS ALSO PROVIDED, TYRONE HOLMES.

ADDRESS PROVIDED FOR SCOTT WAS IN NEW YORK WHICH IS CONSISTENT WITH WHERE MR. MAHONY WAS ABLE TO DETERMINE THAT THE OPERATOR OF THE COMPUTER SIGNS INTO INTERNET SERVICE UNTIL RECENTLY, JULY 31, 2016 AT 1244 HOURS, WHEN THE COMPUTER WAS BEING USED IN ORLANDA FLORIDA.

OFFICER DONOVAN CONTACTED MR. MAHONY AND LEARNED THAT HE CAN PROVIDE MORE INFORMATION IF THE CASE IS INVESTIGATED FURTHER.

THE COMPUTER IS AS APPLE MACBOOK PRO MJLQ2LL/A-15-INCH LAPTOP. (2.2 GHZ INTEL CORE I7 PROCESSOR, 16GB, RAM, 256 GB HARD DRIVE, MAC OS X), SERIAL # (C02RQ1T3G8WN) WORTH $1,982.93.

IT SHOULD BE NOTED MR. MEYER WAS IN CONTACT WITH A OFFICER FROM NEW YORK POLICE DEPARTMENT WHO INFORMED MR. MEYER THAT IF HE HAD A ITEM NUMBER FROM A LAW ENFORCEMENT AGENCY FROM WHERE THE THEFT OCCURRED THE NEW YORK POLICE DEPARTMENT WOULD ASSIST IN THE INVESTIGATION.

OFFICER DONOVAN CONTACTED KPD NCIC OPERATOR 673 WHO LOGGED THE COMPUTER AS STOLEN IN THE NCIC DATABASE.

ALL DOCUMENTS PERTAINING TO THIS CASE WERE TURNED INTO KENNER POLICE RECORDS WITH THIS REPORT.

CASE SUSPENDED.

H-8071-1