

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Michael Goettig**
(212) 603-6498 tel
(212) 379-5202 fax

michaelgoettig@dwt.com

March 5, 2019

**VIA CM/ECF FILING**

Hon. Katherine Failla
United States District Court, Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:     *Holmes v. City of New York*, *et al.*, No. 19-cv-01628 (KPF)

Your Honor:

      This firm represents Amazon.com, LLC ("Amazon"), one of the defendants in the above referenced action.  By this letter, Amazon joins the request of co-defendant Apple Inc. ("Apple") to have this matter transferred to the Honorable Edgardo Ramos pursuant to Rule 13(b)(3) of the Local Rules of the Southern District of New York (ECF Docket No. 5).

Respectfully submitted,

Davis Wright Tremaine LLP

/s/

Michael Goettig

cc:     Tyrone Holmes, plaintiff *pro se*, and counsel of record (via ECF)