

**MEMO ENDORSED**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Michael Goettig**
(212) 603-6498 tel
(212) 379-5202 fax

michaelgoettig@dwt.com

December 30, 2019

**VIA CM/ECF FILING**

Hon. Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

> Plaintiff Holmes is directed to respond to Defendant's letter by January 8, 2020 at 5:00 PM.
>
> SO ORDERED:
>
> *[signature]*
> HON. VERNON S. BRODERICK 12/30/2019
> UNITED STATES DISTRICT JUDGE PART I

Re: Holmes v. Amazon.com, Inc., *et al.*, No. 17-cv-4557/ No. 19-cv-1628

Your Honor:

    This firm represents Amazon,[1] one of the defendants in the above referenced actions. I write to respectfully request that Amazon's pending motion in *Holmes II* for an award of fees pursuant to Rule 68 of the Federal Rules of Civil Procedure be amended to include the fees that Amazon incurred in connection with *Holmes I* as well.

    As the Court is aware, the Second Circuit Court of Appeals recently entered an order affirming the Court's July 23, 2018 Opinion and Order in *Holmes I*. *Holmes I* Docket Doc. No. 127; *Holmes II* Docket Doc. No. 112-1. In relevant part, the Second Circuit "remand[ed] the case to give Amazon the opportunity to move in the district court for an assessment of costs pursuant to Rule 68(d)" of the Federal Rules of Civil Procedure.

    On April 11, 2019, *Holmes II* was referred to Your Honor upon a finding that it was related to *Holmes I*. See *Holmes II* Docket Doc. No. 36. Amazon has already sought an award of fees pursuant to Rule 68 in *Holmes II*. See *Holmes II* Docket Doc. No. 74, at 11. Rather than file, in sum and substance, a motion in *Holmes I* identical to that already before the Court in *Holmes II*, Amazon respectfully requests in the interest of judicial economy that Amazon's request for an award of fees be amended to include the fees incurred after December 29, 2017, the date upon which Holmes rejected Amazon's offer of judgment. *Holmes I* Docket Doc. No. 93-2.

---

[1] Capitalized terms not defined herein have the meanings assigned to them in Amazon's June 3, 2019 memorandum of law in support of its motion to dismiss the complaint in *Holmes II* (*Holmes II* Docket Doc. No. 74, the "Amazon MOL").

4842-2452-7791v.1 0051461-001311

Anchorage  New York  Seattle
Bellevue  Portland  Shanghai
Los Angeles  San Francisco  Washington, D.C.

www.dwt.com

I thank the Court for its consideration of this submission.

Respectfully submitted,

Davis Wright Tremaine LLP

/s/

Michael Goettig

cc: All parties (*via ECF*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: December 30, 2019