USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE HOLMES,

        Plaintiff,

        v.

CITY OF NEW YORK et al.,

        Defendants.

19-CV-1628 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 19, 2022, the Court stayed briefing deadlines with respect to Plaintiff's motion to vacate the judgment pending the Court's ruling on Plaintiff's motion to vacate in the related case of *Holmes v. Apple Inc.* et al., No. 17-cv-4557. On June 27, 2022, the Court issued a memorandum opinion and order in *Holmes v. Apple Inc. et al.* Accordingly, by July 27, 2022, any Defendants that have not already filed oppositions to Plaintiff's motion shall do so. Plaintiff's replies, if any, shall be filed by August 24, 2022.

SO ORDERED.

Dated:    June 29, 2022
            New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge